IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RONNIE FLOW, JR**             **PLAINTIFF**
**ADC # 097599**

v.           Case No. 4:22-cv-00323-LPR

**UNITED STATES**
**POSTAL SERVICE,** *et al.*             **DEFENDANTS**

## ORDER

Ronnie Flow's motion to dismiss is granted. The complaint is dismissed without prejudice.

IT IS SO ORDERED this 27th day of May, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE