IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RONNIE FLOW, JR**                                                                 **PLAINTIFF**

v.                                       Case No. 4:22-cv-00323-LPR

**UNITED STATES**
**POSTAL SERVICE,** *et al.*                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that Plaintiff's complaint is hereby DISMISSED without prejudice. This case is now closed. All pending motions are administratively terminated.

IT IS SO ADJUDGED this 27th day of May, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE